IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

MANNING K. ROUSH,
INDIVIDUALLY AND AS EXECUTOR
OF THE ESTATE OF RAMONA E.
ROUSH,

    Plaintiffs,

v.

CHARLES ALBERT STONE

    Defendants.

Case No. 2:08-cv-141

JUDGE EDMUND A. SARGUS, JR.

MAGISTRATE JUDGE TERENCE P. KEMP

## ORDER

Upon joint motion by the parties and based upon the representations contained therein, the Settlement Conference scheduled by the Court for March 8, 2011, is hereby vacated.

**IT IS SO ORDERED.**

_____3-3-2011_____
**DATED**

_____
**EDMUND A. SARGUS, JR.**
**UNITED STATES DISTRICT JUDGE**