IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

MANNING K. ROUSH, Individually
and as Executor of the Estate of
Ramona E. Roush,

    Plaintiffs,

v.

CHARLES A. STONE, M. D.,

    Defendant.

CASE NO. C2-08-141
JUDGE EDMUND A. SARGUS, JR.
MAGISTRATE JUDGE TERENCE P. KEMP

## ORDER

The parties have reached a tentative settlement, which must be approved by the Ohio Court of Common Pleas, Probate Division. For administrative purposes only, this case is DISMISSED. If for any reason the settlement is not approved by the Probate Court, this case shall be automatically reopened.

**IT IS SO ORDERED.**

3-31-2011
DATE

EDMUND A. SARGUS, JR.
UNITED STATES DISTRICT JUDGE